## STATE v. POLLY DEPUTY.

Court of Quarter Sessions. November 19, 1829.

*Stout's Notes.*

*Rogers* [for State]. *Layton* [for defendant].

One goose, value   [$]0.33
                   4
Fourfold   [$]1.32

Property of Alexander Kinney.

1. Alexander Kinney, sworn. Proves loss of the goose, value, time and place, etc.

2. Luke Donavin, sworn.

3. James Steel, sworn.

4. Elsy Kinney, sworn.

5. Thomas Pepper, sworn.

Submitted without argument or charge. Verdict, guilty.

Judgment, fourfold—[$]1.32. Twenty-one lashes. Wear T for six months. Pay costs, and committed.